The Honorable Judge James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRH, LLC, d/b/a PACIFIC RIDGE HOMES, a Washington limited liability company, D.R. HORTON, INC., a Delaware corporation<br><br>Defendants. | NO. 2:17-cv-00153-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO FILE LATE ANSWER TO PRH, LLC'S COUNTERCLAIMS<br><br>NOTED FOR CONSIDERATION: MAY 9, 2017 |

Based on the parties Stipulated Motion to File Late Answer to PRH, LLC's Counterclaims,

IT IS ORDERED that Plaintiff is granted an extension to file its Answer to PRH, LLC's Counterclaims to May 9, 2017.

DATED this 10th day of May, 2017.

_____
Honorable Judge James Robart

ORDER GRANTING STIPULATED
MOTION TO FILE LATE ANSWER TO
PRH, LLC'S COUNTERCLAIMS - 1
CASE NO. 2:17-cv-00153-JLR