The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRH, LLC, d/b/a PACIFIC RIDGE HOMES, a Washington limited liability company, D.R. HORTON, INC., a Delaware corporation<br><br>Defendants. | No. 2:17-00153-JLR<br><br>JOINT STIPULATION OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Northwest Home Designing, Inc. ("NHD") and Defendants PRH, LLC and Pacific Ridge-DRH, LLC, hereby stipulate as follows:

1. The Parties agree to the dismissal with prejudice of all claims and counterclaims asserted in this action;

2. Each party shall bear its own costs and expenses, including all attorneys' fees.

A proposed Order of Dismissal with Prejudice is attached to this motion.

JOINT STIPULATION OF DISMISSAL          1
Case No.: 2:17-cv-00153-JLR

COATS & BENNETT PLLC
1400 CRESCENT GREEN, SUITE 300
CARY, NORTH CAROLINA 27518
PHONE (919) 854-1844  FAX (919) 854-2084

Respectfully submitted, this 16th day of August, 2017.

| | |
|---|---|
| **FOSTER PEPPER PLLC** | **NEWMAN DU WORS LLP** |
| */s/ Lauren King* | */s/ Keith Scully* |
| Lauren King, WSBA No. 40939 | Keith Scully, WSBA No. 28677 |
| 1111 Third Avenue, Suite 3400 | Derek A. Newman, WSBA No. 26967 |
| Seattle, WA 98101 | 2101 Fourth Avenue, Suite 1500 |
| Telephone: (206) 447-4400 | Seattle, WA 98121 |
| Facsimile: (206) 447-9700 | Telephone: (206) 274-2801 |
| Email: lauren.king@foster.com | Facsimile: (206) 274-2801 |
| | Email: keith@newmanlaw.com |
| **COATS & BENNETT, PLLC** | dn@newmanlaw.com |
| */s/ David E. Bennett* | Attorneys for Defendants |
| (Admitted *Pro Hac Vice*) | |
| David E. Bennett, NC State Bar No. 12,864 | |
| Anthony J. Biller, NC State Bar No. 24,117 | |
| 1400 Crescent Green, Suite 300 | |
| Cary, NC 27518 | |
| Telephone: (919) 854-1844 | |
| Facsimile: (919) 854-2084 | |
| Email: dbennett@coatsandbennett.com | |
| abiller@coatsandbennett.com | |

*Attorneys for Plaintiff*

JOINT STIPULATION OF DISMISSAL　　　2
Case No.: 2:17-cv-00153-JLR

COATS & BENNETT PLLC
1400 CRESCENT GREEN, SUITE 300
CARY, NORTH CAROLINA 27518
PHONE (919) 854-1844  FAX (919) 854-2084

# CERTIFICATE OF SERVICE

I hereby certify that on August 16th, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will notify all parties in this matter who are registered with the Court's CM/ECF filling system of such filing.

DATED this the 16th day of August, 2017

                                  **COATS & BENNETT PLLC**

                                  By:  /s/ David E. Bennett
                                          (Admitted *Pro Hac Vice*)
                                          David E. Bennett
                                          NC State Bar No. 12,864
                                          1400 Crescent Green, Suite 300
                                          Cary, NC 27518
                                          Telephone: (919) 854-1844
                                          Facsimile: (919) 854-2084
                                          Email: dbennett@coatsandbennett.com

                                          *Attorney for Plaintiff*

JOINT STIPULATION OF DISMISSAL          3
Case No.: 2:17-cv-00153-JLR

COATS & BENNETT PLLC
1400 CRESCENT GREEN, SUITE 300
CARY, NORTH CAROLINA 27518
PHONE (919) 854-1844   FAX (919) 854-2084

The Honorable Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRH, LLC, d/b/a PACIFIC RIDGE HOMES, a Washington limited liability company, D.R. HORTON, INC., a Delaware corporation<br><br>Defendants. | No. 2:17-00153-JLR<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>(Dkt. #26) |

The parties to this action having filed a Joint Stipulation of Dismissal with Prejudice and the same having been considered and good cause having been shown therefore,

IT IS HERBY ORDERED:

1. All claims and counterclaims asserted in this action are dismissed with prejudice; and

2. Each party shall bear its own costs and expenses, including any and all attorney's fees.

Dated this 16th day of August, 2017.

_____
The Honorable James L. Robart

JOINT STIPULATION OF DISMISSAL       4
Case No.: 2:17-cv-00153-JLR

COATS & BENNETT PLLC
1400 CRESCENT GREEN, SUITE 300
CARY, NORTH CAROLINA 27518
PHONE (919) 854-1844  FAX (919) 854-2084